UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW M GONZALEZ,

    Plaintiff,

    v.

SPRING CHRIESE, et al.,

    Defendants.

Case No. 16-cv-00741-SI

**ORDER OF DISMISSAL**

Mail that was sent on June 13, 2016 to plaintiff at the county jail address he provided was returned to the court undelivered on June 27, 2016. Docket No. 8. The envelope containing the returned mail has one sticker that states "return to sender - not deliverable as addressed - unable to forward" on top of another sticker from the Alameda County Sheriff that states "not in custody - return to sender," although the latter sticker is not visible on the copy of the document in the electronic court file. Plaintiff has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the mail was first returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding *pro se* must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to file a notice of his current address within sixty days of the return of the undelivered mail. For the foregoing reasons, this action is dismissed without prejudice because plaintiff failed to keep the court informed of his address in compliance with Local Rule 3-11(a).

The clerk shall close the file.

**IT IS SO ORDERED**.

Dated:   August 31, 2016

_____
SUSAN ILLSTON
United States District Judge