UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW M GONZALEZ,<br>　　　Plaintiff,<br>　　v.<br>SPRING CHRIESE, et al.,<br>　　　Defendants. | Case No.  16-cv-00741-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

**IT IS SO ORDERED AND ADJUDCED**.

Dated: August 31, 2016

_____
SUSAN ILLSTON
United States District Judge